IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE TRACKING ) <br> OF GEO-LOCATION DATA AND/OR ) <br> REAL TIME TRACKING DATA FOR ) <br> THE TARGET TELEPHONE ) <br> DESCRIBED IN DEA SA BRANDON ) <br> BAMBERG DATED 12/14/2022 ) | CRIMINAL NO.: 3:23-cr-0045 <br><br> **SECOND ORDER EXTENDING** <br> **DELAY OF NOTIFICATION** <br><br> **(FILED UNDER SEAL)** |

This matter comes before the Court on motion of the United States for a second Order extending the delay of notification of the tracking warrant captioned "In the Matter of the Tracking of Cellular Telephone as Described in the Affidavit of Special Agent Brandon Bamberg Dated 12-14-2022" previously issued in the above-referenced case for an additional ninety days pursuant to Title 18, United States Code, Sections 2705, 3103a(b), and 3103(c). The Government requests the extension as the investigation is still ongoing and notification would otherwise seriously jeopardize the investigation.

Based on the foregoing, the Court finds good cause shown for an extension of delay of notification for an additional ninety days and further finds that the interest of justice is best served by filing the motion and this Order under seal. It is therefore,

**ORDERED** that notification of the tracking warrant previously issued in the above-referenced case be delayed for an additional ninety days and that the motion and this Order be filed under seal.

IT IS SO ORDERED.

May 9, 2023  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge